NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSEPH ALLAN KATZ,

            Plaintiff,

-vs-                                                    Case No. 6:12-CV-930-18KRS

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

This cause came on for consideration without oral argument on the Complaint filed by Joseph Allan Katz seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits, Doc. No. 1, the answer and certified copy of the record before the Social Security Administration ("SSA"), Doc. Nos. 9, 10, and the parties' memoranda, Doc. Nos. 13, 14. This matter has been referred to the undersigned for issuance of a Report and Recommendation.

[Approved by order of Kendall Sharp, U.S. District Judge, 8/2?/13]

## PROCEDURAL HISTORY.

In 2009, Katz filed applications for benefits under the Federal Old Age, Survivors and Disability Insurance Programs ("OASDI"), 42 U.S.C. § 401 *et seq.*, and under the Supplemental Security Income for the Aged, Blind and Disabled Program ("SSI"), 42 U.S.C. § 1381, *et seq.* (sometimes referred to herein as the "Act"). He alleged that he became disabled on January 4, 2009. R. 123, 127.

-1-