NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSEPH ALLAN KATZ,**

**Plaintiff,**

**-vs-** **Case No. 6:12-CV-930-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

approved and so ordered 8/21/13
G. KENDALL SHARP
U.S. DISTRICT JUDGE

This cause came on for consideration without oral argument on the Complaint filed by Joseph Allan Katz seeking review of the final decision of the Commissioner of Social Security denying his claim for social security benefits, Doc. No. 1, the answer and certified copy of the record before the Social Security Administration ("SSA"), Doc. Nos. 9, 10, and the parties' memoranda, Doc. Nos. 13, 14. This matter has been referred to the undersigned for issuance of a Report and Recommendation.

## PROCEDURAL HISTORY.

In 2009, Katz filed applications for benefits under the Federal Old Age, Survivors and Disability Insurance Programs ("OASDI"). 42 U.S.C. § 401 *et seq.*, and under the Supplemental Security Income for the Aged, Blind and Disabled Program ("SSI"), 42 U.S.C. § 1381, *et seq.* (sometimes referred to herein as the "Act"). He alleged that he became disabled on January 4, 2009. R. 123, 127.